# EXHIBIT A

Cause No. 18-0364

In re: Order for Foreclosure Concerning
7114 Schafer St.
Dallas, Texas 75252
Petitioner:
MTGLQ INVESTORS, L.P.
Respondents:
JANINE CHARBONEAU
(Occupant) and
WILLIAM A MCINNIS

In the Texas Supreme Court

Austin, Texas

AFFIDAVIT OF SHIRLEY A. DUSKEY

STATE OF MICHIGAN
COUNTY OF Wayne

BEFORE ME, the undersigned affiant, on this day personally appeared SHIRLEY A. DUSKEY, who swore and affirmed to tell the truth, and stated as follows:

" My name is Shirley A. Duskey, I am of sound mind, over 18 yrs, and capable of making this sworn statement. I have personal knowledge of the facts written in this affidavit and they are true and correct.

I am over 90 years old. I needed my daughter, Janine Charboneau, to fly out of state and assist me. My house flooded and items were wet. One box had mold in it which was discarded. She was able to do things that I could not do or get or trust anyone else to do. I understand that she was needing to get her documents into the Texas Supreme Court, but I risk further household damage if we waited. I

could not do it myself. It was necessary for her to do other important things that I needed her help with such as paint an approximate 60 year old door that appeared to have water warping it. It was necessary for her to be here and help me until late Sunday, June 10th, 2018.

I am respectfully requesting the Texas Supreme Court to please grant my daughter an extension to file her documents due to this emergency. I appreciate the consideration.

*Shirley A. Duskey*
Shirley A. Duskey


State of Michigan
County Of Wayne

SWORN to and SUBSCRIBED before me, the undersigned authority, on the 9th day of June, 2018, by

*Shirley A. Duskey*
Shirley A. Duskey

Notary Public, State of ~~Texas~~ MI

seal

my commission expires: 03/04/2020