IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

JANINE CHARBONEAU,
Plaintiff,

CIVIL ACTION NO. 4:17-CV-00758-ALM-CAN

v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
("MERS"),
TRENT THOMPSON,
EVERGREEN HOME LOANS, DOES 1-10
<u>Defendants.</u>

AFFIDAVIT OF JANINE CHARBONEAU

STATE OF TEXAS
COUNTY OF __Collin__

BEFORE ME, the undersigned affiant, on this day personally appeared JANINE CHARBONEAU, who swore and affirmed to tell the truth, and stated as follows:

" My name is Janine Charboneau, I am of sound mind, over 18 yrs, and capable of making this sworn statement. I have personal knowledge of the facts written in this Second Motion for an Extension of Time to Serve Defendants and they are true and correct.

I am respectfully requesting the THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION to GRANT a Second Extension of Time to serve the defendants in this case. I appreciate the consideration."

_____
Janine Charboneau (Affiant)

12/13

State of Texas Collin
County Of _Collin_

SWORN to and SUBSCRIBED before me, the undersigned authority, on the 9th day of July, 2018, by

_____
Janine Charboneau

_____
Notary Public, State of Texas

seal

my commission expires: February 17, 2019



LAURIE ALLISON
Notary Public, State of Texas
Comm. Expires 02-17-2019
Notary ID 130120448

13/17