# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JANINE CHARBONEAU | § |
| | § Civil Action No. 4:17-CV-758 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| MORTGAGE ELECTRONIC | § |
| REGISTRATION SYSTEMS, INC. | § |
| ("MERS"), ET AL. | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 10, 2018, the report of the Magistrate Judge (Dkt. #21) was entered containing proposed findings of fact and recommendations that Plaintiff Janine Charboneau's claims be dismissed pursuant to Federal Rules of Civil Procedure 4(m) and 41.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 12th day of October, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE